IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE DYKES, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE MARCO GROUP, INC. and | : | |
| EDUCATION AFFILIATES, INC. | : | NO. 15-1088 |

### ORDER

**AND NOW**, this 28th day of November, 2016, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 29), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.